## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

MOSHE KATZBURG,
Individually, and on behalf of all
others similarly situated                                   CASE NO. 22-CV-80564-WM

      Plaintiff,

v.

ALLY FINANCIAL, INC.,
and ALLY BANK LEASE TRUST,

      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff Moshe Katzburg and Defendants Ally Financial, Inc. and Ally Bank Lease Trust,

in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the instant

matter, *with prejudice*.  Each party shall bear their own fees and costs, except as otherwise agreed

by the parties.

DATED this 27th day of October 2022.     Respectfully submitted,

**CRIDEN & LOVE, P.A.**                          **NELSON MULLINS RILEY**
7301 S.W. 57th Court, Suite 515                  **& SCARBOROUGH LLP**
South Miami, Florida 33143                       1905 N.W. Corporate Blvd., Suite 310
Tel: (305) 357-9000                              Boca Raton, Florida 33431
                                                 Tel: (561) 483-7000
                                                 Fax: (561) 483-7321

By: s/ Kevin B. Love                             By: s/ Terrance W. Anderson, Jr.
Kevin B. Love                                    Terrance W. Anderson, Jr.
Florida Bar No. 993948                           Florida Bar No. 27426
E-mail: *klove@cridenlove.com*                   E-mail:  *TW.Anderson@nelsonmullins.com*

*Counsel for Plaintiff*                          *Counsel for Defendants*