UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80564-Civ-MATTHEWMAN

MOSHE KATZBURG,
Individually, and on behalf of all
others similarly situated,

    Plaintiff,
vs.

ALLY FINANCIAL, INC.,
AND ALLY BANK LEASE TRUST,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation") [DE 29], which states that the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of the instant matter with prejudice and agree that each party shall bear its own fees and costs, "except as otherwise agreed." The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    This action is **DISMISSED WITH PREJUDICE.**

    2.    The Clerk of Court is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of October, 2022.

                                                                          */s/ William Matthewman*
                                                               William Matthewman
                                                               United States Magistrate Judge